IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-CV-00008-BO

| | |
|---|---|
| KEV Group, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Alfreda Stephenson, ) | |
| ) | |
| Defendant ) | |

Before the Court is the *Motion to Expedite Plaintiff's Response To Proposed Intervenor-Defendant Givebacks, Inc.'s Motion To Intervene* (DE 24) (the "Motion"). For good cause, and to further the just, speedy, and inexpensive determination of this action, the Motion is GRANTED.

NOW, THEREFORE, Plaintiff KEV Group, Inc. is ORDERED to file its response, if any, to Proposed Intervenor-Defendant Givebacks, Inc.'s *Motion to Intervene* (DE 24) no later than March 10, 2026.

SO ORDERED, this **5** day of March, 2026.

_____
TERRENCE W. BOYLE
United States District Judge